1  STEVEN W. MYHRE, NVBN 9635
   United States Attorney
2  District of Nevada

3  RICHARD M. RODRIGUEZ
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   Telephone No. (415) 977-8926
5  Facsimile No.   (415) 977-0134
   Email Address:  richard.rodriguez@ssa.gov
6
   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROBYN ANN WILLIAMS, | ) | |
|---|---|---|
| | ) | Case No. 2:17-CV-01036-JAD-VCF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME AND PROPOSED** |
| NANCY A. BERRYHILL, | ) | **ORDER** |
| Acting Commissioner of Social Security, | ) | (***FIRST REQUEST***) |
| | ) | |
| Defendant. | ) | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's motion for summary judgment and cross motion for summary judgment, due on August 17, 2017, by 32 days, through and including September 18, 2017.

An extension of time is needed in order to prepare Defendant's response and cross motion because the undersigned's elderly mother has had a medical emergency and has been hospitalized today, which may require travel to Florida to provide assistance to his father who suffers from Parkinsonian Syndrome. This request is made in good faith with no intention to unduly delay the proceedings.

-1-

Counsel for Defendant conferred with Plaintiff's counsel, Cyrus Safa by email on August 14, 2017, who has no opposition to this motion.

Respectfully submitted this 14th day of August 2017.

STEVEN W. MYHRE, NVBN 9635
United States Attorney

*/s/ Richard M. Rodriguez*
RICHARRD M. RODRIGUEZ
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-14-2017

**CERTIFICATE OF SERVICE**

I, **Richard M. Rodriguez**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa, Esq.
Law Offices Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Cyrus.safa@rohlfinglaw.com

Gerald M. Welt, Esq.
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
gmwesq@weltlaw.com

Dated this 14th day of August, 2017

                                         */s/ Richard M. Rodriguez*
                                         RICHARD M. RODRIGUEZ
                                         Special Assistant United States Attorney