|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

Robyn Ann Williams,

    Plaintiff

v.

Nancy A. Berryhill,

    Defendant

2:17-cv-01036-JAD-VCF

**Order Adopting Report and Recommendation; Denying Motion to Remand; Granting Cross Motion to Affirm; and Closing Case**

[ECF Nos. 15, 21, 24]

Plaintiff Robyn Ann Williams appeals the administrative law judge's (ALJ) decision to deny her disability benefits under the Social Security Act, arguing only that the ALJ improperly weighed her pain and symptom testimony.[1] Social Security Administration Commissioner Nancy Berryhill cross moves to affirm because the ALJ properly evaluated Williams' credibility and "provided specific, well-supported reasons for rejecting [her] allegations."[2]

Magistrate Judge Cam Ferenbach recommends that I deny Williams's motion for reversal or remand and grant the Commissioner's cross motion to affirm.[3] Judge Ferenbach's report and recommendation was issued on December 5, 2017, making December 19, 2017, the deadline to file objections. That deadline has now passed, and Williams has not objected or otherwise responded to the report and recommendation.[4] "[N]o review is required of a magistrate jduge's report and recommendation unless objections are filed."[5]

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and

---

[1] ECF No. 15 at 5–10.

[2] ECF No. 21 at 4–14.

[3] ECF No. 24.

[4] *See generally* docket report case no. 2:17-cv-01036-JAD-VCF.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

recommendation **[ECF No. 24] is ACCEPTED and ADOPTED**. Williams's motion to remand **[ECF No. 15] is DENIED**, and the Commissioner's cross motion to affirm **[ECF No. 21] is GRANTED**.

    The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

    DATED: December 20, 2017.

_____
U.S. District Judge Jennifer A. Dorsey